UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL STUART BRUNT, and<br>RAWND KHALEEL ALDALAWI,<br><br>Defendants. | Case No. CR18-25RSL<br><br>ORDER CONTINUING<br>TRIAL AND PRETRIAL<br>MOTIONS DATES |

This matter comes before the Court on the parties' "Stipulated Motion to Continue Trial and Pretrial Motions Dates." Dkt. # 27. Having considered the facts set forth in the motion, the defendants' knowing and voluntary waiver, and the remainder of the record, the Court finds as follows:

1. The Court adopts the facts set forth in the motion. Specifically, that trial is currently scheduled for April 9, 2018; that defendants are charged with violating, and conspiring to violate, the Arms Export Control Act, 22 U.S.C. § 2778; that the defense recently received voluminous discovery; and that counsel for Mr. Aldalawi has a previously planned unavailability approaching.

2. The Court accordingly finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER CONTINUING TRIAL DATE - 1

3. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

4. The Court further finds that such a continuance would serve the ends of justice; that the additional time requested is a reasonable period of delay; that a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for defendant to benefit from these efforts; and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Mr. Brunt has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including October 31, 2018, Dkt. # 29, which will allow trial to begin on September 10, 2018, as requested.

6. Mr. Aldalawi has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including September 24, 2018, Dkt. # 28, which will allow trial to begin on September 10, 2018, as requested.

IT IS HEREBY ORDERED that the trial date be continued from April 9, 2018, to September 10, 2018.

IT IS FURTHER ORDERED that the pretrial motions cutoff date be continued to July 30, 2018.

IT IS FURTHER ORDERED that the period of time from the current trial date of April 9, 2018, up to and including October 31, 2018, with regard to Mr. Brunt and up to and including September 24, 2018 with regard to Mr. Aldalawi, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* The period of delay attributable to the filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

1 DATED this 6th day of March, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 3